AO-91
(Rev. 12/53)

**Complaint**

# United States District Court
## FOR THE
### DISTRICT OF MASSACHUSETTS

Magistrate's Docket No. 81-0913L-

UNITED STATES OF AMERICA

Case No. 01

v

COMPLAINT for VIOLATION of

SANDRA L. D'ARCANGELO

U.S.C. Title 18

Section 1708

BEFORE ___Lawrence P. Cohen___,   ___Boston___,
          Name of Magistrate              Address of Magistrate

The undersigned complainant being duly sworn states:

That on or about   June 4   , 19 81, at   Chestnut Hill

in the

District of   Massachusetts

(1)        SANDRA L. D'ARCANGELO

did(2) receive, conceal and unlawfully have in her possession a check, to wit: Home Town Cooperative Bank check No. 141 on Account No. 23565931, belonging to Richard MacDougall and Carol MacDougall, which check had been contained in an item of mail which had been stolen from the United States mails, and she did so with knowledge that the item of mail and the check contained therein had been stolen; in violation of Title 18, United States Code, Section 1708.

And the complainant states that this complaint is based on the following:
On May 29, 1981, DeLuxe Check Printers, Inc., Framingham MA, mailed a box containing 200 Home Town Cooperative Bank blank checks, Account No. 23565931, in the names of Richard and Carol MacDougall, to Richard and Carol MacDougall, 47 Ash Street, Waltham MA. The MacDougalls never received the mailed checks. On June 4, 1981, check No. 141 of Home Town Cooperative Bank, Account No. 23565931, which had been contained in the aforementioned box of mailed checks, was cashed for $350.00 at the Chestnut Hill Branch of the Mutual Bank for Savings. A bank photograph of the negotiation of this check has been examined by Postal Inspector J. Britt and he has positively identified SANDRA L. D'ARCANGELO as the person who cashed the check. Inspector Britt knows Ms. D'arcangelo from past dealings with her.

~~And the complainant further states that he believes that~~